# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| YVETTE YOUNG, | : | |
| Plaintiff, | : | Case No. 3:12cv00029 |
| vs. | : | District Judge Thomas M. Rose<br>Chief Magistrate Judge Sharon L. Ovington |
| CAROLYN W. COLVIN,<br>Acting Commissioner of the<br>Social Security Administration, | : | |
| | : | |
| Defendant. | : | |

# AMENDED REPORT AND RECOMMENDATIONS[1]

The Report and Recommendations docketed in this case on February 7, 2014 (Doc. #28) is incorporated in full with an amendment to its calculation of Plaintiff's attorney fees. The Report indicates that Plaintiff's counsel worked 15 hours on this case in this Court, but the record of this case establishes that Plaintiff's counsel worked a total of 29.1 hours. (Doc. #24, PageID at 181-82, 237; Doc. #27, PageID at 279).  Consequently, the Report's use of 15 hours when calculating Plaintiff's attorney fees is amended to 29.1 hours of attorney work.  Plaintiff is therefore entitled to a total award of attorney fees equaling $4,947.00 (29.1 hours x $170 = $4,947.00).

---

[1] Attached hereto is a NOTICE to the parties regarding objections to this Amended Report and Recommendations.

Accordingly, Recommendation number one (Doc. #28, PageID at 290-91) is hereby amended to state:

1. Plaintiff's Application For Attorney Fees Under Equal Access To Justice Act, 28 U.S.C. §2412(d) (Doc. #24) be GRANTED in part in the amount of $4,947.00, and be DENIED in remaining part.


February 10, 2014

                    s/Sharon L. Ovington
                     Sharon L. Ovington
                Chief United States Magistrate Judge

## NOTICE REGARDING OBJECTIONS

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within **FOURTEEN** days after being served with this Amended Report and Recommendations. Pursuant to Fed. R. Civ. P. 6(d), this period is extended to **SEVENTEEN** days because this Report is being served by one of the methods of service listed in Fed. R. Civ. P. 5(b)(2)(C), (D), (E), or (F). Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Amended Report and Recommendation is based in whole or in part upon matters occurring of record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections within **FOURTEEN** days after being served with a copy thereof.

Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947, 949-50 (6th Cir. 1981).