## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

YVETTE YOUNG,                          :

    Plaintiff,                      :
                        Case No. 3:12cv00029
                            :

vs.                                    :   District Judge Thomas M. Rose
                            :   Chief Magistrate Judge Sharon L. Ovington

MICHAEL J. ASTRUE,
Commissioner of the Social             :
Security Administration,
                            :

    Defendant.

---

## DECISION AND ENTRY

---

The Court has conducted a de novo review of the Report and Recommendations and Amended Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #28, 29), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations and Amended Report and Recommendations.  It is therefore **ORDERED** that:

1.    The Report and Recommendations and Amended Report and Recommendations (Doc. #s 28, 29) are ADOPTED in full, and Plaintiff's Application For Attorney Fees Under Equal Access To Justice Act, 28 U.S.C. §2412(d) (Doc. #24) is GRANTED;

1

2.     Plaintiff is granted an award of attorney fees under 28 U.S.C. §2412(d) in the total amount of $4,947.00;

3.     The Clerk of Court is directed to enter Judgment in favor of Plaintiff and against the Commissioner of the Social Security Administration in the total amount of and $4,947.00;

4.     The Commissioner is directed to determine within 30 days whether Plaintiff owes a pre-existing debt to the government and, if not, to pay the EAJA award directly to Plaintiff's counsel; and,

5.     The case remains terminated on the docket of this Court.


March 5, 2014                                   *s/THOMAS M. ROSE

                                        _____
                                            Thomas M. Rose
                                            United States District Judge